THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN B.R., Appellant. [890 NYS2d 887]—

Present—Hurlbutt, J.P., Peradotto, Carni, Pine and Gorski, JJ.